IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH E. LEITZEN, SR., and ) <br> THERESA J. LEITZEN as GUARDIANS ) <br> for KENNETH E. LEITZEN, JR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TEVA PHARMACEUTICALS USA, et al. ) <br> ) <br> Defendants. ) | Cause No: 1:11-CV-03049 <br><br> Honorable Ruben Castillo <br><br><br> **JURY TRIAL REQUESTED** |

### **PLAINTIFFS' JURY DEMAND**

COMES NOW Plaintiffs, by and through undersigned counsel, and hereby demands trial by jury of twelve (12) persons on all issues in this matter.

                                              RYNEARSON, SUESS, SCHNURBUSCH
                                              & CHAMPION, L.L.C.


                           By:   /S/ Victor H. Essen, II_____
                                Victor H. Essen, II,  #6289442
                                Attorneys for Plaintiffs
                                1 S. Memorial Drive, Suite 1800
                                St. Louis, Missouri  63102
                                314-421-4430 / 314-421-4431 (FAX)
                                dchampion@rssclaw.com
                                vessen@rssclaw.com

                                *and*

                                Robert Fagan ARDC # 6210587
                                Local Counsel for Plaintiffs
                                Law Offices Of Robert M. Fagan, Ltd.
                                10 North Galena Avenue, Suite 210
                                Freeport, IL  61032-4360
                                815.233.5800
                                815.232.5500 Facsimile
                                Fagan@prodigy.net

## CERTIFICATE OF FILING AND SERVICE

I, Victor H. Essen, II, certify that on May 24, 2011, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

    Plaintiff's Jury Demand

was served pursuant to this district court's ECF system as to ECF filers and sent via U.S. Mail with postage prepaid this 24th day of May, 2011.

Ms. Marilyn M. Reidy
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603-5404
312-372-0770 / 312-372-9818 (FAX)
reidym@jbltd.com
    *Attorney for Defendant Oregon Healthcare Pharmacy Services*

Mr. John Dames
Mr. William V. Essig
Drinker, Biddle & Reath, LP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698
312-569-1000 / 312-569-3000 (FAX)
William@essig@dbr.com
*Attorneys for Defendants Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Ortho-McNeil-Janssen Scientific Affairs, LLC (incorrectly named and sued as Ortho-McNeil Scientific Affairs, LLC); & Ortho-McNeil-Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc. & Janssen, L.P.*

Mr. Kenneth R. Craycraft, Jr.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5000 (telephone)
(513) 698-5001 (facsimile)
kcraycraft@ulmer.com
*Attorneys for Defendants Teva Pharmaceuticals USA, Teva Pharmaceuticals, LLC, Teva Women's Health, Inc., and Teva Parental Medicines, Inc.*

3

        /S/ Victor H. Essen, II_____
        Victor H. Essen, II
        Attorney for Plaintiff